NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3072

ELMER LOWE, JR.,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merits Systems Protection Board in case no. DC0752090753-I-1.

ON MOTION

ORDER

Elmer Lowe, Jr. moves for a 14-day extension of time to file his petition for review.

The court treats the motion as Lowe's petition for review. The submission timely manifested his intent to petition this court for review of the decision of the Merit Systems Protection Board. This court does not have the authority to extend the statutory deadline for filing a petition for review. Fed. R. App. P. 26(b).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is moot. The submission is treated as Lowe's petition for review.

(2)    The docketing fee is due within 21 days of the date of filing of this order.

FOR THE COURT

JAN 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    J. Scott Hampton, Esq.
       Jeanne E. Davidson, Esq.
s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 2 8 2010

**JAN HORBALY**
**CLERK**

2010-3072

- 2 -